**U.S. BANKRUPTCY COURT**

**District of South Carolina**

Case Number:13-00631-W

Order Granting Relief From Automatic Stay

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**04/26/2013**



*(signature)*

US Bankruptcy Judge
District of South Carolina

Entered: 04/26/2013

United States Bankruptcy Court

District of South Carolina

| | | |
|---|---|---|
| In re | ) | Case No.    13-00631-W |
| Wendeline Mischelle Johnson | ) | Chapter    13 |
| | ) | ORDER GRANTING RELIEF FROM |
| | ) | AUTOMATIC STAY |
| Debtor(s) | ) | |

Pursuant to the affidavit of John B Butler, III, Attorney for Prime Financial Services("Creditor"), it appears that there has been a failure to abide by this Court's order filed March 8, 2013. As the order provided for modification of the stay if the terms of the order were not complied with, the automatic stay should be modified with regard to 457 Kingshead Court, Irmo, Lexington County, South Carolina.

The automatic stay is hereby modified so as to allow creditor to pursue its state court remedies, including, but not limited to, sending any necessary notices, foreclosure, accepting a quit claim deed or other deed, accepting title to the real estate in lieu of foreclosure, selling the real estate at private sale, entering into another contract of sale with respect to the property described above, or exercising state law remedies to remove the debtor or property of the debtor from the property described above. Movant agrees to waive any claim under 11 U.S.C. 503(b) or 507. Movant also agrees that any excess funds after payment of all valid liens, charges, costs, exemptions, and attorney's fees will be remitted to the trustee.

AND IT IS SO ORDERED!